**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

―――――――――

**No. 03-2044**

―――――――――

THEODORE E. POWELL,

Plaintiff - Appellant,

versus

RICHMOND CITY PUBLIC SCHOOL BOARD; HOWARD
HOPKINS,

Defendants - Appellees.

―――――――――

Appeal from the United States District Court for the Eastern
District of Virginia, at Richmond.  Robert E. Payne, District
Judge.  (CA-03-513)

―――――――――

Submitted:  January 21, 2004      Decided:  February 10, 2004

―――――――――

Before WILKINSON and MOTZ, Circuit Judges, and HAMILTON, Senior
Circuit Judge.

―――――――――

Affirmed as modified by unpublished per curiam opinion.

―――――――――

Theodore E. Powell, Appellant Pro Se.

―――――――――

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Theodore E. Powell appeals the district court's order dismissing his complaint with prejudice. We agree with the district court that Powell is precluded from relitigating his wrongful termination and disparate discipline claims against the Richmond City Public School Board and Howard Hopkins, as these claims were previously adjudicated on the merits against the same parties. Powell v. Richmond City School Board, No. CA-98-797 (E.D. Va. July 21, 1999); see Grausz v. Englander, 321 F.3d 467, 472 (4th Cir. 2003). Accordingly, we affirm this portion of the district court's order.

To the extent that Powell sought to name as Defendants two individual Human Resources officers, asserting they have prevented him from securing other employment, this claim was not litigated in Powell's prior federal action, and it is not clear from the record that this claim is time barred. However, as the claim involved a matter of a state law, the district court was not required to exercise supplemental jurisdiction over it. We modify the district court's order to dismiss this claim without prejudice.

We grant Powell's motion for leave to proceed in forma pauperis. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED AS MODIFIED

- 2 -